IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VEDATECH, INC, et al,             No   C 04-1249 VRW

     Plaintiffs,

     v

ST PAUL FIRE & MARINE INSURANCE CO, et al,

     Defendants.

---

ST PAUL FIRE & MARINE INSURANCE CO, et al,         No   C 04-1403 VRW
                                                                                                            C 04-1818 VRW

     Plaintiffs,

                                                                                                             ORDER

     v

VEDATECH, INC, et al,

     Defendants.

---

On December 27, 2007, the court ordered Mani Subramanian and two corporations he controls, Vedatech, Inc and Vedatech KK (collectively "Vedatech"), to pay $20,738.75 to St Paul Fire & Marine Insurance ("St Paul") and $37,584.00 to Randall Wulff on or before January 30, 2008. Doc #181 at 1-2. (All citations to the record are to case no 04-1249 unless otherwise noted.) St Paul and Wulff were not paid by that date and subsequently moved for a

debtor's examination of Vedatech and Subramanian, Doc ##184, 194, and an order to show cause why Vedatech and Subramanian should not be held in contempt for failure to obey the court's December 27, 2007 order. Doc ##188, 196.

On July 17, 2008, the court conditionally granted the motions for a debtor's examination and an order to show cause. Doc #231 at 14. The court ordered Vedatech and Subramanian to pay $20,738.75 to St Paul and $37,584.00 to Wulff on or before July 31, 2008. Doc #231 at 14. In the event that Vedatech and Subramanian did not pay St Paul and Wulff by July 31, 2008, the court ordered Vedatech and Subramanian to show cause in writing not later than August 7, 2008 why they should not be held in contempt and to appear in person before the undersigned on August 14, 2008 at 2:30 pm. Doc #231 at 14. The court also referred this matter to the chief magistrate judge or his designee to conduct a debtor's examination of Vedatech and Subramanian. Doc #231 at 14.

On August 4, 2008, Subramanian informed the court that he submitted the ordered payments to the attorneys of record for St Paul and Wulff via express mail on July 31, 2008. Doc #235 at 2. On August 5, 2008, Wulff confirmed receipt of $37,600.00. Doc #236 at 1. St Paul confirmed receipt of $20,750.00 in travelers cheques, but noted that the cheques were endorsed in an unusual manner and informed the court that it will file further notice when the cheques are deposited, reserving "all rights in the event that payment of the judgment is ineffective." Doc #237 at 2.

St Paul has not yet informed the court whether Subramanian's payment was effective. Nonetheless, having reason to believe that Subramanian may have complied with the court's order,

2

the contempt hearing scheduled for August 14, 2008 at 2:30 pm and the referral to the magistrate judge for a debtor's examination, Doc #232, are VACATED pending further proceedings as may hereafter appear necessary.

      IT IS SO ORDERED.

                                                              VAUGHN R WALKER  
                                                             United States District Chief Judge